UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALEEN D. WEIGHT,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No.  C06-5081RBL

ORDER DISMISSING COMPLAINT

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's complaint is DISMISSED without prejudice; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and the Honorable Karen L. Strombom.

DATED this 5th day of May, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1